**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

DEVI FISHERIES LIMITED,
DEVI AQUATECH PRIVATE LIMITED,
SATYA SEAFOODS PRIVATE LIMITED,
USHA SEAFOODS,
SANDHYA AQUA EXPORTS PVT. LTD.,
SANDHYA AQUA EXPORTS,
ACCELERATED FREEZE DRYING COMPANY LTD.,
ALPHA MARINE,
ALPHA MARINE LIMITED,
ANANDA ENTERPRISES (INDIA) PRIVATE LIMITED,
ANANDA AQUA APPLICATIONS,
ANANDA AQUA EXPORTS (P) LIMITED,
ANANDA FOODS,
APEX FROZEN FOODS LIMITED,
AQUATICA FROZEN FOODS GLOBAL PRIVATE LIMITED,
ASVINI FISHERIES PRIVATE LTD.,
ASVINI FISHERIES LTD.,
AVANTI FROZEN FOODS PRIVATE LIMITED,
BMR EXPORTS,
BMR EXPORTS PRIVATE LIMITED,
BMR INDUSTRIES PRIVATE LIMITED,
COASTAL AQUA PRIVATE LIMITED,
COASTAL CORPORATION LIMITED,
FALCON MARINE EXPORTS LIMITED,
KR ENTERPRISES,
IFB AGRO INDUSTRIES LIMITED,
JAGADEESH MARINE EXPORTS,
JAYA LAKSHMI SEA FOODS PRIVATE LIMITED,
KADER EXPORTS PRIVATE LIMITED,
KALYAN AQUA & MARINE EXPORTS INDIA PVT. LTD.,
KNC AGRO LIMITED,
KNC AGRO PVT. LTD.,
LNSK GREEN HOUSE AGRO PRODUCTS LLP,
MEGAA MODA PVT. LTD.,
MOURYA AQUEX PRIVATE LIMITED,
MUNNANGI SEAFOODS PRIVATE LIMITED,
NAGA HANUMAN FISH PACKERS,
NEELI AQUA PRIVATE LIMITED,
NEKKANTI SEA FOODS LIMITED,
NEZAMI REKHA SEA FOODS PRIVATE LIMITED,
NEZAMI REKHA SEA FOOD PRIVATE LIMITED,

| | |
|---|---|
| NK MARINE EXPORTS LLP,<br>PASUPATI AQUATICS PRIVATE LIMITED,<br>PENVER PRODUCTS LIMITED,<br>ROYAL IMPORTS AND EXPORTS,<br>ROYALE MARINE IMPEX PRIVATE LIMITED,<br>S.A. EXPORTS,<br>SAGAR GRANDHI EXPORTS (P) LTD.,<br>SAI MARINE EXPORTS PRIVATE LIMITED,<br>SANDHYA MARINES LIMITED,<br>SEA FOODS PRIVATE LIMITED,<br>SIGMA SEAFOODS,<br>SOUTHERN TROPICAL FOODS PRIVATE LIMITED,<br>SPRINT EXPORTS PRIVATE LIMITED,<br>SREERAGAM EXPORTS PRIVATE LIMITED,<br>SUNRISE SEAFOODS INDIA PRIVATE LIMITED,<br>SURYAMITRA EXIM PRIVATE LIMITED,<br>VASISTA MARINE,<br>VEERABHADRA EXPORTS PRIVATE LIMITED,<br>WELLCOME FISHERIES LIMITED,<br>Z.A. SEA FOODS PRIVATE LIMITED,<br>NILA SEA FOODS EXPORTS,<br>NILA SEA FOODS PVT. LTD.,<br>CHOICE TRADING CORPORATION PVT. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 26-4296 |

TO: The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1. (Name and standing of plaintiff): Plaintiffs, Devi Fisheries Limited, et al., are foreign producers and exporters of the subject merchandise, Certain Frozen Warmwater Shrimp from India, which were subject to the antidumping duty administrative review that is contested here.

   Plaintiffs were mandatory respondents and non-mandatory respondents in the underlying antidumping duty administrative review. Therefore, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiffs actively participated in the administrative review through the submission of factual information and written argument. Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. (Brief description of contested determination): Plaintiffs contest the final results of the U.S. Department of Commerce's antidumping duty administrative review in Certain Frozen Warmwater Shrimp from India for the period February 1, 2024 through January 31, 2025. Commerce issued a final determination calculating antidumping duty weighted-average margins for all Plaintiffs. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i); 19 U.S.C. § 1516a(a)(2)(B)(iii); and 28 U.S.C. § 1581(c).

3. (Date of determination): Commerce issued its final results on September 1, 2026.

4. (If applicable, date of publication in Federal Register of notice of contested determination): Commerce published its final determination in the Federal Register on September 4, 2026. See Certain Frozen Warmwater Shrimp from India: Final Results of Antidumping Duty Administrative Review; 2024–2025, 91 Fed. Reg. 56861 (Sep. 4, 2026).

/s/ Jonathan M. Freed
Jonathan M. Freed
Kenneth N. Hammer
MacKensie R. Sugama
Didie Muller
Sezi Erdin
Joo (Adelia) Y. Kim

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC 20003
Tel: (202) 223-3760
jfreed@tradepacificlaw.com

*Counsel to Plaintiffs*

October 2, 2026

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011); July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch – Civil Division
United States Department of Justice
26 Federal Plaza
Room 346
New York, NY 10278-0140

Jeanne E. Davidson, Esq.
Civil Division, Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC 20230