**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

# DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Jonathan M. Freed
(Name of attorney of record)
on behalf of IFB Agro Industries Ltd. in the matter of Devi Fisheries Limited et al. v. United States, Court No. 26-04296.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

IFB Agro Industries Ltd. is a publicly-listed company (NSE:IFBAGRO).

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

Jonathan M. Freed
Signature of Attorney

October 2, 2026
Date

Trade Pacific PLLC
Firm
700 Pennsylvania Avenue, SE, Suite 500
Street Address
Washington, DC 20003
City, State and Zip Code
(202) 223-3760
Telephone Number
jfreed@tradepacificlaw.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)