FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Devi Fisheries Limited, et al.<br><br>Plaintiff,<br>v.<br>UNITED STATES<br><br>Defendant. | Court No. 26-4296 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Devi Fisheries Limited, et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jonathan M. Freed.

Date: October 2, 2026

/s/ Jonathan M. Freed
Signature

Jonathan M. Freed
Attorney

Trade Pacific PLLC
Firm

700 Pennsylvania Ave, SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

202-223-3760
Telephone Number

jfreed@tradepacificlaw.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Devi Fisheries Limited, et al.<br><br>Plaintiff,<br>v.<br>UNITED STATES<br><br>Defendant. | Court No. 26-4296 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , Devi Fisheries Limited, et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jonathan M. Freed.

Date: October 2, 2026

/s/ Kenneth N. Hammer
Signature

Kenneth N. Hammer
Attorney

Trade Pacific PLLC
Firm

700 Pennsylvania Ave, SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

202-223-3760
Telephone Number

khammer@tradepacificlaw.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Devi Fisheries Limited, et al.<br><br>Plaintiff,<br>v.<br>UNITED STATES<br><br>Defendant. | Court No. 26-4296 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Devi Fisheries Limited, et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jonathan M. Freed.

Date: October 2, 2026

/s/ MacKensie R. Sugama
Signature
MacKensie R. Sugama
Attorney
Trade Pacific PLLC
Firm
700 Pennsylvania Ave, SE, Suite 500
Street Address
Washington, DC 20003
City, State and Zip Code
202-223-3760
Telephone Number
ksugama@tradepacificlaw.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Devi Fisheries Limited, et al.<br><br>Plaintiff,<br>v.<br>UNITED STATES<br><br>Defendant. | Court No. 26-4296 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff , Devi Fisheries Limited, et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jonathan M. Freed.

Date: October 2, 2026

/s/ Didie Muller
Signature

Didie Muller
Attorney

Trade Pacific PLLC
Firm

700 Pennsylvania Ave, SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

202-223-3760
Telephone Number

ddi@tradepacificlaw.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | |
|---|---|
| Devi Fisheries Limited, et al.<br><br>Plaintiff,<br>v.<br>UNITED STATES<br><br>Defendant. | Court No. 26-4296 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Devi Fisheries Limited, et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jonathan M. Freed.

Date: October 2, 2026

/s/ Sezi Erdin
Signature

Sezi Erdin
Attorney

Trade Pacific PLLC
Firm

700 Pennsylvania Ave, SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

202-223-3760
Telephone Number

serdin@tradepacificlaw.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

| | | |
|---|---|---|
| Devi Fisheries Limited, et al.<br><br>Plaintiff,<br>v.<br>UNITED STATES<br><br>Defendant. | Court No. | 26-4296 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Devi Fisheries Limited, et al., in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jonathan M. Freed.

Date: October 2, 2026

/s/ Joo (Adelia) Y. Kim
Signature

Joo (Adelia) Y. Kim
Attorney

Trade Pacific PLLC
Firm

700 Pennsylvania Ave, SE, Suite 500
Street Address

Washington, DC 20003
City, State and Zip Code

202-223-3760
Telephone Number

akim@tradepacificlaw.com
E-mail Address