**UNITED STATES COURT OF INTERNATIONAL TRADE**

***Devi Fisheries Limited, et al. v. United States***
***Court No. 26-4296***

**CERTIFICATE OF SERVICE**

I, Jonathan M. Freed, hereby certify on this 2nd day of October, 2026, copies of the foregoing (1) Summons; (2) Form 5 Information Statement; (3) Form 11 Notice of Appearance; and (4) Form 13 Disclosure of Corporate Affiliations and Financial Interest; will be served by certified mail, return receipt requested, on the following parties in accordance with U.S. Court of International Trade Rules 4(b), (h), and (l):

**On behalf of The United States of America:**

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY 10278

Jeanne Davidson, Esq.
Director
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC 20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

**On other counsel that represented interested parties before the U.S. Department of Commerce in the contested determination:**

Roger B. Schagrin, Esq.
SCHAGRIN ASSOCIATES
900 7th Street, NW Suite 500
Washington, DC 20001
rschagrin@schagrinassociates.com

Nathaniel Rickard, Esq.
PICARD KENTZ & ROWE LLP
1155 Connecticut Ave.
Suite 700
Washington, DC 20036
nrickard@pkrllp.com

Adam Henry Gordon, Esq.
The Bristol Group PLLC
1707 L Street, NW Suite 1050
Washington, DC 20036
adam.gordon@bristolgrouplaw.com

Sivakumar Kunapuli, Esq.
S Kunapuli & Co.
506 Phoenix B Block Meenakshi Sky Lounge Hitex Road
Khanamet Hyderabad, India 500084
sivakumark@skunapuli.com

Robert L. LaFrankie, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
rlafrankie@crowell.com

/s/ Jonathan M. Freed
Jonathan M. Freed